**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Sidney Freeman            CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 21-11947 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2004-4 and index same on the master mailing list.

                                  Respectfully submitted,

/s/ **Rebecca Solarz**
Rebecca Solarz
17 Feb 2022, 16:39:12, EST

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322