United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                    Case No. 21-11947-mdc

Sidney Freeman                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                            User: admin                            Page 1 of 3

Date Rcvd: Jan 10, 2024                      Form ID: 155                       Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sidney Freeman, 6503 North 16th Street, Philadelphia, PA 19126-3512 |
| 14622208 | | Community Surgical Supply, 1390 NJ 37 West, Toms River, NJ 08755 |
| 14628656 | + | Katherine Schreiber, Forge Credit Union, Attn John Burke, 1402 Bywood Ave, Upper Darby, PA 19082-3720 |
| 14622225 | + | Temple University Hospital, 3401 N Broad Street 1st Fl, Philadelphia, PA 19140-5189 |
| 14622224 | | Temple University Hospital, Broad & Ontario Streets, Philadelphia, PA 19140 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14630729 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 11 2024 00:22:10 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14622205 | | Email/Text: BKBCNMAIL@carringtonms.com | Jan 11 2024 00:13:00 | Carrington Mortgage Services, 1610 E Saint Andrew Place, Santa Ana, CA 92705 |
| 14622206 | | Email/Text: BKBCNMAIL@carringtonms.com | Jan 11 2024 00:13:00 | Carrington Mortgage Services, PO Box 54285, Irvine, CA 92619 |
| 14622207 | | Email/Text: megan.harper@phila.gov | Jan 11 2024 00:13:00 | City of Philadelphia, Law Dept Tax Unit, Bankruptcy Group MSB, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14632008 | | Email/Text: megan.harper@phila.gov | Jan 11 2024 00:13:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14622202 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 11 2024 00:21:51 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14625634 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 11 2024 00:22:18 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14622209 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 11 2024 00:14:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14670815 | ^ | MEBN | Jan 11 2024 00:08:59 | Deutsche Bank National Trust Company, c/o KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14674205 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jan 11 2024 00:13:00 | Deutsche Bank National Trust Company, at. el, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 14622211 | | Email/Text: BNSFS@capitalsvcs.com | Jan 11 2024 00:13:00 | First Savings Bank, Attn: Bankruptcy, Po Box 5019, Sioux Falls, SD 57117 |
| 14622210 | + | Email/Text: FirstProgressCorrespondence@acttoday.com | Jan 11 2024 00:13:00 | First Progress, Attn: Bankruptcy, Po Box 9053, Johnson City, TN 37615-9053 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14628657 | + | Email/Text: rachael@forgecu.org | Jan 11 2024 00:14:00 | Forge Credit Union, 1402 Bywood Ave, Upper Darby, PA 19082-3720 |
| 14622212 | + | Email/Text: rachael@forgecu.org | Jan 11 2024 00:14:00 | Forge Cu Fka Pstc Fcu, 1402 Bywood Ave, Upper Darby, PA 19082-3720 |
| 14623322 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jan 11 2024 00:14:00 | HYUNDAI CAPITAL AMERICA DBA, HYUNDAI MOTOR FINANCE, PO BOX 20809, FOUNTAIN VALLEY, CA 92728-0809 |
| 14622213 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jan 11 2024 00:14:00 | Hyundai Motor Finance, Attn: Bankruptcy, Po Box 20829, Fountain Valley, CA 92728-0829 |
| 14626912 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 11 2024 00:22:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14622215 | ^ | MEBN | Jan 11 2024 00:09:02 | Lending USA, 15303 Ventura Blvd Suite 850,, Sherman Oaks, CA 91403-6630 |
| 14622216 | + | Email/PDF: cbp@omf.com | Jan 11 2024 00:33:17 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14622217 | ^ | MEBN | Jan 11 2024 00:08:53 | PGW, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14622218 | + | Email/Text: bankruptcy1@pffcu.org | Jan 11 2024 00:13:00 | Police & Fire FCU, Attn: Bankruptcy, 901 Arch St, Philadelphia, PA 19107-2495 |
| 14622219 | + | Email/Text: bankruptcy1@pffcu.org | Jan 11 2024 00:13:00 | Police And Fire Fcu, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14623827 | + | Email/Text: bankruptcy1@pffcu.org | Jan 11 2024 00:13:00 | Police and Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14622220 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 11 2024 00:14:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14622222 | + | Email/Text: consumerlending@sunfcu.org | Jan 11 2024 00:13:00 | Sun Federal Credit Union, Attn: Bankruptcy, 1627 Holland Dr, Maumee, OH 43537-1622 |
| 14622223 | + | Email/Text: bankruptcy.notices@sunrisebanks.com | Jan 11 2024 00:13:00 | Sunrise Banks, Attn: Bankruptcy, 200 University Avenue West, Saint Paul, MN 55103-2075 |
| 14637839 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 11 2024 00:14:00 | Towd Point Mortgage Trust 2015-5, et al., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14622214 | | Kovo Inc |
| 14622221 | | Selfinc/lead |
| 14637545 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14622203 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14622204 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

Case 21-11947-mdc    Doc 33    Filed 01/12/24    Entered 01/13/24 00:32:42    Desc Imaged
Certificate of Notice    Page 3 of 4

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 10, 2024 | Form ID: 155 | Total Noticed: 32 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee, for New Century Home Equity Loan Trust 2004-4 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DAVID M. OFFEN | on behalf of Debtor Sidney Freeman dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| PAMELA ELCHERT THURMOND | on behalf of Water Revenue Bureau c/o City of Philadelphia Law Department Tax & Revenue Unit Bankruptcy Group MSB 1401 John F. Kennedy Blvd., 5th Floor Philadelphia, PA 19102-1595 pamela.thurmond@phila.gov, edelyne.jean-baptiste@phila.gov |
| SARAH K. MCCAFFERY | on behalf of Creditor Towd Point Mortgage Trust 2019-4 U.S. Bank National Association, as indenture Trustee ckohn@hoflawgroup.com |
| SARAH K. MCCAFFERY | on behalf of Creditor Towd Point Mortgage Trust 2015-5 U.S. Bank National Association as Indenture Trustee ckohn@hoflawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Sidney Freeman
    Debtor(s)

Chapter: 13

Bankruptcy No: 21−11947−mdc

___

***ORDER CONFIRMING PLAN UNDER CHAPTER 13***

    AND NOW, this January 27, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Magdeline D. Coleman
    Chief Judge, United States Bankruptcy Court

31 − 9
Form 155