United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 21-11947-djb

Sidney Freeman  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 02, 2025 | Form ID: 138OBJ | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sidney Freeman, 6503 North 16th Street, Philadelphia, PA 19126-3512 |
| 14622208 | | Community Surgical Supply, 1390 NJ 37 West, Toms River, NJ 08755 |
| 14622210 | + | First Progress, Attn: Bankruptcy, Po Box 9053, Johnson City, TN 37615-9053 |
| 14628656 | + | Katherine Schreiber, Forge Credit Union, Attn John Burke, 1402 Bywood Ave, Upper Darby, PA 19082-3720 |
| 14622225 | + | Temple University Hospital, 3401 N Broad Street 1st Fl, Philadelphia, PA 19140-5189 |
| 14622224 | | Temple University Hospital, Broad & Ontario Streets, Philadelphia, PA 19140 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 03 2025 01:00:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 03 2025 01:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14630729 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 03 2025 01:04:15 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14622205 | | Email/Text: BKBCNMAIL@carringtonms.com | Jun 03 2025 00:59:00 | Carrington Mortgage Services, 1610 E Saint Andrew Place, Santa Ana, CA 92705 |
| 14622206 | | Email/Text: BKBCNMAIL@carringtonms.com | Jun 03 2025 00:59:00 | Carrington Mortgage Services, PO Box 54285, Irvine, CA 92619 |
| 14622207 | | Email/Text: megan.harper@phila.gov | Jun 03 2025 01:00:00 | City of Philadelphia, Law Dept Tax Unit, Bankruptcy Group MSB, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14632008 | | Email/Text: megan.harper@phila.gov | Jun 03 2025 01:00:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14622202 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 03 2025 01:03:36 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14625634 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 03 2025 01:03:51 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14622209 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 03 2025 01:00:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14670815 | ^ | MEBN | Jun 03 2025 00:40:38 | Deutsche Bank National Trust Company, c/o KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14674205 | + | Email/Text: BKBCNMAIL@carringtonms.com | | |

Case 21-11947-djb   Doc 47   Filed 06/04/25   Entered 06/05/25 00:47:18   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 02, 2025 | Form ID: 138OBJ | Total Noticed: 34 |

| | | | | |
|---|---|---|---|---|
| | | | Jun 03 2025 00:59:00 | Deutsche Bank National Trust Company, at. el, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 14622211 | | Email/Text: BNSFS@capitalsvcs.com | Jun 03 2025 00:59:00 | First Savings Bank, Attn: Bankruptcy, Po Box 5019, Sioux Falls, SD 57117 |
| 14628657 | + | Email/Text: loans@forgecu.org | Jun 03 2025 01:00:00 | Forge Credit Union, 1402 Bywood Ave, Upper Darby, PA 19082-3720 |
| 14622212 | + | Email/Text: loans@forgecu.org | Jun 03 2025 01:00:00 | Forge Cu Fka Pstc Fcu, 1402 Bywood Ave, Upper Darby, PA 19082-3720 |
| 14623322 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jun 03 2025 01:00:00 | HYUNDAI CAPITAL AMERICA DBA, HYUNDAI MOTOR FINANCE, PO BOX 20809, FOUNTAIN VALLEY, CA 92728-0809 |
| 14622213 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jun 03 2025 01:00:00 | Hyundai Motor Finance, Attn: Bankruptcy, Po Box 20829, Fountain Valley, CA 92728-0829 |
| 14626912 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 03 2025 01:04:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14622215 | ^ | MEBN | Jun 03 2025 00:40:40 | Lending USA, 15303 Ventura Blvd Suite 850,, Sherman Oaks, CA 91403-6630 |
| 14622216 | + | Email/PDF: cbp@omf.com | Jun 03 2025 01:04:14 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14622217 | ^ | MEBN | Jun 03 2025 00:40:39 | PGW, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14622218 | + | Email/Text: bankruptcy1@pffcu.org | Jun 03 2025 00:59:00 | Police & Fire FCU, Attn: Bankruptcy, 901 Arch St, Philadelphia, PA 19107-2495 |
| 14622219 | + | Email/Text: bankruptcy1@pffcu.org | Jun 03 2025 00:59:00 | Police And Fire Fcu, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14623827 | + | Email/Text: bankruptcy1@pffcu.org | Jun 03 2025 00:59:00 | Police and Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14622220 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 03 2025 01:00:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14622222 | + | Email/Text: consumerlending@sunfcu.org | Jun 03 2025 01:00:00 | Sun Federal Credit Union, Attn: Bankruptcy, 1627 Holland Dr, Maumee, OH 43537-1622 |
| 14622223 | + | Email/Text: bankruptcy.notices@sunrisebanks.com | Jun 03 2025 00:59:00 | Sunrise Banks, Attn: Bankruptcy, 200 University Avenue West, Saint Paul, MN 55103-2075 |
| 14637839 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 03 2025 01:00:00 | Towd Point Mortgage Trust 2015-5, et al., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14622214 | | Kovo Inc |
| 14622221 | | Selfinc/lead |
| 14637545 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14622203 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14622204 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2025           Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Sidney Freeman dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Deutsche Bank National Trust Company  as Indenture Trustee, for New Century Home Equity Loan Trust 2004-4 bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| PAMELA ELCHERT THURMOND | on behalf of Water Revenue Bureau c/o City of Philadelphia Law Department Tax & Revenue Unit Bankruptcy Group  MSB 1401 John F. Kennedy Blvd., 5th Floor Philadelphia, PA 19102-1595 pamela.thurmond@phila.gov |
| SARAH K. MCCAFFERY | on behalf of Creditor Towd Point Mortgage Trust 2019-4  U.S. Bank National Association, as indenture Trustee smccaffery@friedmanvartolo.com, ckohn@hoflawgroup.com |
| SARAH K. MCCAFFERY | on behalf of Creditor Towd Point Mortgage Trust 2015-5  U.S. Bank National Association as Indenture Trustee smccaffery@friedmanvartolo.com, ckohn@hoflawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*Form 138OBJ* (6/24)−doc 46 − 44

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
    Sidney Freeman )     Case No. 21−11947−djb
)
)
Debtor(s). )     Chapter: 13
)
)

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

    To all creditors and parties in interest, NOTICE IS GIVEN THAT:

    The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

    Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

    All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

    In the absence of any objection, the Court may enter the Order of Discharge.

Date: June 2, 2025                     For The Court

                                                                                  Timothy B. McGrath
                                                                                  Clerk of Court